## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs.   Julio Beltran-Lay                                   No.   07cr3170-BEN

HON.   Louisa S. Porter                   Tape No.   POR07-1:14:18-14:20 (2m)

Asst. U.S. Attorney   Sabrina Feve              PTSO   N/A

|  |  |  |  |  |  | # | Status |
|---|---|---|---|---|---|---|---|
| Atty | Tim Scott | X Apt | ___ Ret | for | Beltran-Lay | (1) | (C) |
|  |  | ___ Apt | ___ Ret | for |  | ( ) | ( ) |
|  |  | ___ Apt | ___ Ret | for |  | ( ) | ( ) |
|  |  | ___ Apt | ___ Ret | for |  | ( ) | ( ) |
|  |  | ___ Apt | ___ Ret | for |  | ( ) | ( ) |
|  |  | ___ Apt | ___ Ret | for |  | ( ) | ( ) |

___ Apt for Material Witness(es)

PROCEEDINGS:    ___ In Chambers    X In Court    ___ By Telephone

Govt's oral motion to dismiss Indictment without prejudice - Granted
Case Dismissed as to Benjamin Hernandez-Mora without prejudice
Abstract issued to USM

Date   01/08/2008                              R. F. Messig
                                               Deputy's Initials