# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER 07 CR 3170 |
| vs | ) | ABSTRACT OF ORDER |
| Julio Beltran-Lay | ) | Booking No. 05333298 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __1/8/08__ the Court entered the following order:

- ✗ Defendant be released from custody.
- _____ Defendant placed on supervised / unsupervised probation / supervised release.
- _____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
- _____ Defendant released on $_____ bond posted.
- _____ Defendant appeared in Court. FINGERPRINT & RELEASE.
- _____ Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.
- _____ Defendant sentenced to TIME SERVED, supervised release for _____ years.
- _____ c.c. judgment Court of Appeals (_____ affirming) (_____ reversing) decision of this Court:
  _____ dismissing appeal filed.
- _____ Bench Warrant Recalled.
- _____ Defendant forfeited collateral.
- ✓ Case Dismissed.
- ✓ Defendant to be released to Pretrial Services for electronic monitoring.
- ✓ Other. Defendant to Remain in Custody in 07CR3470-BEN

UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by _____ Deputy Clerk

Received _____
DUSM

Crim-9   (Rev 6-95)                    ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY